**LOKER LAW, APC**
Scott M. Plescia (349319)
scott.plescia@loker.law
Telephone: (805) 323-3780
132 Bridge Street
Arroyo Grande, CA 93420

*Attorney for Plaintiff,*
Matthew Risinger

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW RISINGER,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER BANK; EQUIFAX INFORMATION SERVICES LLC; AND, EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | **Case No.:** 2:26-cv-02050-MCS-MAR<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**<br><br>**HON. MARK C. SCARSI** |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff MATTHEW RISINGER ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss Equifax Information Services, LLC with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements regarding Equifax Information Services, LLC be vacated.

Date: July 1, 2026

**LOKER LAW, APC**

BY: ___/s/ SCOTT M. PLESCIA___
SCOTT M. PLESCIA, ESQ.
ATTORNEY FOR PLAINTIFF

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

CASE NO.: 2:26-cv-02050-MCS-MAR          1 OF 1          *Risinger v Discover Bank, et al.*
**NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Equifax Information Services, LLC* has been submitted on July 1, 2026 to all defense counsel of record via e-mail and U.S. Mail.

___/s/ SCOTT M. PLESCIA____
SCOTT M. PLESCIA, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 2:26-cv-02050-MCS-MAR                    *Risinger v Discover Bank, et al.*

**PROOF OF SERVICE**